UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANDREW WALKER

V.                                                    NO.  3:20-CR-109-KHJ-LGI

UNITED STATES OF AMERICA

ORDER OF RECUSAL

This action is before the Court, *sua sponte*, for purposes of recusal pursuant

to 28 U.S.C. § 455. It is appropriate under the standards set forth in that statute

that the undersigned recuse herself from all further proceedings in this case.

SO ORDERED AND ADJUDGED this the 9th day of September, 2022.


                                    s/ *Kristi H. Johnson*
                                    UNITED STATES DISTRICT JUDGE